UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

DEC 0 1 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

SEAN DEANTÉ BRADSHAW

Plaintiff,

COMPLAINT

Case No. 3:25-cv-955-MR

vs.

NC DAC, Leslie Cooley-Dismukes,
secretary of NC DAC; warden of
Peidmont C.I.; sergeant Batista
of Peidmont C.I.; et al

Defendant(s).

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

_X__ 42 U.S.C.§1983

_____ 42 U.S.C. §1985

_____ Other (Please specify)_____

## B. PARTIES

1. Name of Plaintiff: _Sean Bradshaw_____
   Address: _____
   _____
   _____

2. Name of Defendant: _Leslie Cooley-Dismukes_____
   Address: _831 W. Morgan St_____
   _Raleigh, NC 27603-1659_____

Is employed as _secretary_____ at _NC DAC_____
              (Position/Title)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES __X__ NO _____, if "YES" briefly explain:

_legally responsible for the operations of all NC_
_DAC prisons_

3. Name of Defendant: _Warden of Piedmont C.I._
   Address: _1345 Camp rd._
   _Salisbury, NC 28147-9223_

Is employed as _WARDEN_ at _Piedmont C.I._
         (Position/Title)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES __X__ NO _____, if "YES" briefly explain:

_legally responsible for the welfare of All_
_inmates at Piedmont C.I._

4. Name of Defendant: _BATISTA_
   Address: _____

Is employed as _Sergeant_ at _Piedmont_
         (Position/Title)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES __X__ NO _____, if "YES" briefly explain:

_Electrocuted Plaintiff 3 times_

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

_See Attachment_

## D.  CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary you may attach additional pages)

a.  (1)  Count 1: *See Attachment*
   (2)  Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.)

   _____
   _____
   _____

b.  (1)  Count 2:_____
   (2)  Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.)

   _____
   _____
   _____

## E.  INJURY

How have you been injured by the actions of the defendant(s)?

*See Attachment*

_____
_____
_____
_____
_____

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO ___X___

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2.  Name of court and case or docket number:

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____


4.  Issued raised:

_____

_____

_____

5.  When did you file the lawsuit?_____
                                        Date: Month/Year

6.  When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____     NO _____

If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

---

---

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

DECLARATORY RELIEF

INJUNCTIVE RELIEF

COMPENSATORY DAMAGES

PUNITIVE DAMAGES

JURY TRIAL REQUESTED     YES __X__   NO _____

Signed at _____ on _____.

               (Location)                        (Date)

_____
                  Signature

**Address:**   Sean Bradshaw

            #1014789

**Phone:**

**E-Mail:**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Leslie Cooley - DisMukes

Secretary of NC DAC- Prisons

831 W Morgan St

Raleigh, NC 27603~1659

This the _____ day of _____, 20 25 .

_____
Signature

SEAN BRADSHAW
(Print Name)